IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) Criminal No. 05-388<br>) |
| RICHARD REICHERT, | )<br>) |
| Defendant. | ) |

## N O T I C E

Two of Judge Bloch's children practice law with the following firms:

    Carolyn Bloch (daughter)
        Assistant United States Attorney for the Western District of Pennsylvania (Criminal Division)

    Evan Bloch (son)
        Non-equity partner with the law firm of Kirkpatrick & Lockhart

Judge Bloch will disqualify himself in any proceeding in which his children are acting as a lawyer in the representation of any party. Judge Bloch deems himself able to maintain his impartiality in any proceeding involving the above-mentioned firms and, therefore, will not disqualify himself when his children are not acting as a lawyer in the representation of a party.

cc:    Counsel of record.