IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | CRIMINAL NO. 05-388 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD REICHERT | ) | JUDGE: BLOCH |

**DEFENDANT'S RESPONSE TO PRE-SENTENCE INVESTIGATION REPORT**

**AND NOW**, comes Defendant, Richard Reichert, by and through his undersigned counsel of record, Stephen R. Greenberg, Esquire, and submits the following response to the Pre-Sentence Investigation Report issued by the United States Department of Probation:

1. The Defendant has no objections, additions or modifications to the Pre-Sentence Report.

Respectfully Submitted:

/s/ Stephen R. Greenberg, Esquire
Stephen R. Greenberg, Esquire
Attorney for Defendant

Pa. I.D. # 62691

Greenberg & Bradley, Attorneys at Law
Manor Complex, Suite 1110
564 Forbes Avenue
Pittsburgh, Pennsylvania 15219

(412) 261-3855