PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT
## FOR THE
## Western District of Pennsylvania

UNITED STATES OF AMERICA
v.

RICHARD REICHERT

Crim. No. _____0315 2:05CR00388_____

On 8/15/2008, the above named began supervised release for a period of lifetime supervision. The supervised releasee has complied with the rules and regulations of supervised release. As directed by the Court, the supervised releasee is to be discharged from supervision.

Respectfully submitted,

_____
Muhammad AbdoolRaman
U.S. Probation Officer

11/26/13
_____
Date

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this _____ day of _____, 20 _____.

_____
The Honorable Alan N. Bloch
Senior United States District Judge